# United States Court of Appeals
# for the Fifth Circuit

No. 22-60187
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 17, 2022

Lyle W. Cayce
Clerk

Robert R. Acevedo,

*Petitioner*,

*versus*

United States Railroad Retirement Board,

*Respondent*.

Petition for Review of an Order of the
Railroad Retirement Board
RRB No. 14-AP-56

Before Southwick, Higginson, and Willett, *Circuit Judges*.
Per Curiam:*

Robert R. Acevedo seeks review of the Railroad Retirement Board's decision denying him certain retirement benefits. The Railroad Retirement Act of 1974 requires appeals like this to be brought within one year of the Board's final decision. *See* 45 U.S.C. § 231. The Board issued its final

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-60187

decision on March 3, 2016. Acevedo filed this petition in April 2022, well outside the one-year limitations period. His petition is thus untimely. But even if it were timely, we previously affirmed the Board's decision and denied rehearing *See Acevedo v. U.S. R.R. Ret. Bd.*, 678 F. App'x 264 (5th Cir. 2017) (per curiam).

DENIED.